UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                          :

DAVID LOPEZ FERMIN,                       :

                      Plaintiff,     :

                                 :         25 Civ. 9043 (JPC)

      -v-                  :

                                 :           __ORDER__

JBS CARRIERS, INC., and JOSE J. MARTINEZ,  :

                               :

                    Defendants.   :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On October 21, 2025, Plaintiff served Defendant Jose J. Martinez with copies of the Summons and Complaint. Dkts. 8, 8-2. Martinez's deadline to respond to the Complaint was therefore November 12, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i); Fed. R. Civ. P. 6(a). That deadline has passed, and the docket does not reflect a response to the Complaint from Martinez. Accordingly, the Court extends *sua sponte* Martinez's deadline to respond to the Complaint until December 29, 2025. If Martinez once again fails to respond to the Complaint by his deadline to do so, Plaintiff shall seek a Certificate of Default as to Martinez by January 5, 2026.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Martinez was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

      SO ORDERED.

Dated: December 17, 2025
      New York, New York                                         
                                              JOHN P. CRONAN
                                       United States District Judge