UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DAVID LOPEZ FERMIN,

                       Plaintiff,

            -against-

JBS CARRIERS, INC. et al.,

                    Defendants.

------------------------------------------------------------------x

25-CV-09043 (JPC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to meet and confer and complete a Proposed Case Management

Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **January 16, 2026**.

Counsel who disagree about the dates or other terms of the proposed schedule shall submit a

joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **January 16,**

**2026**.

        **SO ORDERED.**

DATED:     New York, New York
             December 30, 2025

                                     _____
                                     VALERIE FIGUEREDO
                                     United States Magistrate Judge