UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DAVID LOPEZ FERMIN,

                             Plaintiff,

               -against-

JBS CARRIERS, INC., et al.,

                         Defendants.

-------------------------------------------------------------------x

25-CV-09043 (JPC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a joint status update on the case by **May 19, 2026**.

**SO ORDERED.**

DATED:    New York, New York
            May 5, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge